**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No. 8:12-cv-01688-JSM-AEP

INGENUITY13 LLC,

      Plaintiff,

vs.

                                            **ORDER**

JOHN DOE,

      Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY**
**PRIOR TO THE RULE 26(f) CONFERENCE**

    The Court has reviewed the Complaint with attached Exhibits, Plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference and all the papers filed in connection with the motion, and relevant case law. Accordingly, it is hereby

    ORDERED that Plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference is GRANTED; it is further

    ORDERED that Plaintiff may immediately serve Rule 45 subpoena(s) to identify John Doe associated with the Internet Protocol ("IP") address listed in the Complaint, limited to the following categories of entities and information:

        From the Internet Service Provider (ISP) identified in Plaintiff's *Ex Parte* Application for Leave to Take Expedited Discovery and any other entity identified as a provider of Internet services to the Doe Defendant in response to a subpoena or as a result of ongoing BitTorrent activity monitoring: information sufficient to identify John Doe associated with the IP address listed in the Complaint, including name, current (and permanent)

1

address, telephone number, e-mail address, and Media Access Control address; it is

further

ORDERED any information disclosed to the Plaintiff in response to a Rule 45 subpoena

may be used by the Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in

its Complaint; it is further

ORDERED that Plaintiff and any entity which receives a subpoena shall confer, if

necessary, with respect to the issue of payment for the information requested in the subpoena or

for resolution of IP addresses which are not controlled by such entity, duplicate IP addresses that

resolve to the same individual, other IP addresses that do not provide the name and other

information requested of a unique individual, or for the entity's internal costs to notify its

customers; it is further

ORDERED that any entity which receives a subpoena and elects to charge for the costs

of production shall provide a billing summary and any cost reports that serve as a basis for such

billing summary and any costs claimed by such entity; it is further

ORDERED that Plaintiff shall serve a copy of this Order along with any subpoenas

issued pursuant to this Order; it is further

ORDERED that if any entity subpoenaed pursuant to this Order wishes to move to quash

the subpoena, it must do so before the return date of the subpoena, which shall be 30 days from

the date of service; it is further

Finally, it is ORDERED that the subpoenaed entity shall preserve any subpoenaed

information pending the resolution of any timely-filed motion to quash;

DATED: _26 Sept. 2012_

_____
United States District Judge